SmileyMartin AT8808
_Name and Prisoner/Booking Number_

C.S.P Solano-234-6A
_Place of Confinement_

C.S.P Solano 234 6A PoBox4000
_Mailing Address_

Vacaville, ca 95696
_City, State, Zip Code_

**FILED**

**JUN 07 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

SmileyMartin
_(Full Name of Plaintiff)_        Plaintiff,

v.

(1) Officer J. Her
_(Full Name of Defendant)_

(2) _____

(3) _____

(4) _____
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:18-CV-1658-KJN
        (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: Sacramento County main jail

## B. DEFENDANTS

1. Name of first Defendant: ___Officer J Her___. The first Defendant is employed as:
___Floor officer___ at ___Sacramento County jail___.
   (Position and Title)                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: 8th amendment 14th amendment

2.  **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities         ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☑ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Officer J Her let a bunch of other inmates who are rival gang members fight against us. they are bloods. So they belong on the East side of the County jail. on 1-28-18 he served morning breakfast and let out the whole top tier but normally he's suppose to do half a tier at a time. when I came out I was surrounded by the other inmates and attacked. I had hot water thrown on me and got a Second degree burn on my right hip. The police did nothing at all. The loud speaker came on and Her said go back to our cells and stop acting like its a jungle. We went back to our cells without the police reporting the incident or checking to see if we were injured or if the situation was going to escalate and possibly be another riot. I was hurt and I feel he left me in a dangerous predicament. I wrote a grievence but he threatend me with more charges on my Sentence if push the complaint. This all happend in 6 west 300 pod Sacramento County main jail.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I was left in the pod being attacked by other inmates, I ended up with a Second degree burn on my hip and a busted lip and swollen eye.

5.  **Administrative Remedies:**

   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No

   b.  Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No

   c.  Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☑ No

   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was threatend to not push it to the next level, he told me I would be charged more charges

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 14th amendment

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

After the incident on 1-28-18 I filed a complaint on the officers for basicly neglecting us inmates in the pod. officer Jackson signed the grievence but when officer Her saw it he came to my cell woke me up and argued with me about why I wrote him up. Once he left he told another inmate that works in the pod to tell me if I dont throw out the grievence he will make sure we all get gang enhancement and another strike. I told the nurse who worked on my second degree burn what happend and she reported the incident. After that he told the inmates again to tell me he already wrote a report and if I keep talking about it and didt throw out my complaint I will get the extra charges. I kept getting threats from some of the other inmates who were scared to get the charges because the worker inmates who officer Her told my bizzness to told other inmates about the complaint and the charges, I not scared and didnt push the grievence all the way but I wish to complaint still.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was threatend to throw it out or get extra charges and another strike.

4

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Compensatory damages punitive damages

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6 - 3 - 18

DATE

Smiley A. Martin

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach
more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach
additional pages, be sure to identify which section of the complaint is being continued and number all pages.
Remember, there is no need to attach exhibits to your complaint.