UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILEY MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HER,<br><br>　　　　Defendant. | No. 2: 18-cv-1658 KJN P<br><br><br>ORDER |

On September 11, 2018, executed service on defendant Her was returned. (ECF No. 13.) On September 17, 2018, the undersigned referred this action to the Post-Screening ADR Project. (ECF No. 14.) On January 14, 2019, a settlement conference was held. This action did not settle.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendant Her shall file a response to the complaint.

Dated: February 1, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mart1658.ord

1