UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILEY MARTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>J. HER,<br><br>        Defendant. | No. 2: 18-cv-1658 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant's summary judgment motion. (ECF No. 33.)

In the summary judgment motion, defendant cites plaintiff's deposition testimony. Defendant attaches as exhibits the pages of plaintiff's deposition transcript cited in the summary judgment motion. However, defendant did not submit a copy of plaintiff's entire deposition transcript.[1]  See Local Rule 133(j).

////

////

---

[1] The docket does not contain a notice stating that defendant lodged a hard, courtesy copy of plaintiff's deposition transcript. The undersigned also cannot locate a copy of plaintiff's deposition transcript in his email box.

1  Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order,
2  defendant shall either lodge a hard, courtesy copy of plaintiff's deposition transcript or submit an
3  electronic copy of the deposition transcript to the undersigned's email box.
4  Dated:  August 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8  Mart1658.dep