UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SMILEY MARTIN,

          Plaintiff,

   v.

J. HER,

          Defendant.

No. 2:18-cv-1658 KJM KJN P

ORDER APPOINTING LIMITED
PURPOSE COUNSEL

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action based on 42 U.S.C. § 1983. The court finds the appointment of counsel for plaintiff warranted for the limited purpose of preparing for and representing plaintiff at trial. Elizabeth C. Lobaugh and Michael E. Vinding have been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1.  Elizabeth C. Lobaugh and Michael E. Vinding are appointed as plaintiff's counsel in the above entitled matter. This appointment is for the limited purpose of preparing for and representing plaintiff at trial.

2.  Elizabeth C. Lobaugh and Michael E. Vinding's appointment will terminate once the jury returns a verdict.

/////

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order on Elizabeth C. Lobaugh and Michael E. Vinding, Brady & Vinding, 455 Capitol Mall, Suite 220, Sacramento, CA 95814.

DATED: April 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE