Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
Edward B. Gaus (SBN: 289561)
egaus@shb.com
Matthew C. Donahue (SBN: 325941)
mdonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Attorneys for Plaintiff
SMILEY MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILEY MARTIN, | Case No.: 2:18-cv-01658-KJM-KJN |
| Plaintiff, | Judge: Hon. Kimberly J. Mueller |
| v. | **NOTICE OF SETTLEMENT** |
| OFFICER J. HER, | Trial Date: April 19, 2022 |
| Defendant. | |

Pursuant to Local Rule 160, Plaintiff Smiley Martin hereby notifies the Court that a settlement agreement in principle has been reached.  The parties are working to complete settlement documents, and will file a notice of dismissal once a settlement agreement has been executed and settlement payment has been delivered to Plaintiff.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  March 18, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:  __/s/ Mayela C. Montenegro-Urch____
    Amir M. Nassihi
    Edward B. Gaus
    Mayela C. Montenegro-Urch
    Matthew C. Donahue

Attorneys for Plaintiff SMILEY MARTIN

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On March 18, 2022, I served on the interested parties in said action the within:

## NOTICE OF SETTLEMENT

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, on _____, to be delivered by their next business day delivery service on _____, to the addressee designated.

☐ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Shook, Hardy & Bacon L.L.P.'s electronic mail system to the e-mail address(es) as stated on the attached service list.

☒ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Eastern District of California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 18, 2022, at Irvine, California.


   Mayela C. Montenegro-Urch          */s/ Mayela C. Montenegro-Urch*
      (Type or print name)                        (Signature)

**SERVICE LIST**
*(Smiley Martin vs. Officer J. Her)*

Carl L. Fessenden
John Robert Whitefleet
Suli A. Mastorakos
April A. Perkins
PORTER SCOTT
350 University Ave., Ste. 200
Sacramento, CA  95825
Tel: 916-929-1481
Fax: 916-927-3706
Email: cfessenden@porterscott.com;
jwhitefleet@porterscott.com;
smastoarakos@porterscot.com
**Attorneys for Defendant**